# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| In re the Matter of the Detention of M.P., | No. 71423-6-I |
| STATE OF WASHINGTON, | DIVISION ONE |
| Respondent, | UNPUBLISHED OPINION |
| v. | |
| M.P. (DOB: 2-15-73), | |
| Appellant. | FILED:   DEC 8 - 2014 |

PER CURIAM — M.P. appeals from a 14-day involuntary commitment order. The State concedes that the evidence was insufficient to support the trial court's determination that M.P. posed a substantial risk of harm to himself. See RCW 71.05.020(25)(a)(i). We accept the State's concession, reverse and vacate the 14-day commitment order, and remand for further proceedings.

Reversed and remanded.

FOR THE COURT:

Trickey, J

Verellen, A.

Cox, J.